# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144934

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                       SC: 144934
                                       COA: 301649
                                       Saginaw CC: 10-033875-FH

DONTAYE LAMONTE JONES,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 23, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012                                   _____

p0716                                                    Clerk